# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00216-JAD-BNW-1 |
| Plaintiff, | |
| v. | **ORDER** |
| ORLANDIS WELLS, M.D., | |
| Defendant. | |

Before the court is defendant, Dr. Wells, renewed motion for return of property under Fed. R. Crim. P 41(g). ECF No. 23. Dr. Wells moves for the return of his cellular phone based on the government's representations it would be returned to him within 30 days of the date the government filing its status report. ECF No. 20. More than 30 days have elapsed since that date (October 7, 2019). Therefore, the government is ordered to return Dr. Wells cellular phone by the close of business on Friday, November 15, 2019 or file a status report indicating why it has not complied with its previous representations.

DATED: November 12, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE