# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00216-JAD-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| ORLANDIS WELLS, | |
| Defendant. | |

The Defendant, Dr. Wells, filed a second motion for return of property on December 11, 2019. (ECF No. 26.) The court set a hearing for December 17, 2019. (ECF No. 27.) Based on the government's response (ECF No. 28), filed December 16, 2019, explaining that the items requested by Dr. Wells will be ready to be picked up by December 20, 2019, the court vacates the hearing set for 12/17/2019 and denies Defendant's motion as moot. The court reminds Dr. Wells, once again, that conferring with the government before filing motions benefits everyone as it forestalls the unnecessary use of resources—both the parties' and the court's.

IT IS ORDERED that Defendant's Motion for Return of Property (ECF No. 26) is denied as moot.

IT IS FURTHER ORDERED that the hearing set for December 17, 2019, at 2:00 p.m. is vacated.

DATED: December 16, 2019

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE