CHRISTOPHER R. ORAM, ESQ
Nevada Bar No. 004349
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
(702) 384-5563
contact@christopheroramlaw.com
Attorney for ORLANDIS WELLS, M.D.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ORLANDIS WELLS, M.D.<br><br>Defendants. | CASE NO. 2:19-CR-00216-JAD-BNW<br><br>**STIPULATION REGARDING THE FILING OF PRETRIAL MOTION**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas Trutanich, United States Attorney, by and through Nadia Ahmed, Assistant United States Attorney, counsel for the United States, and Defendant, Orlandis Wells, by and through his attorney, Christopher R. Oram, Esq., that the deadline for filing pretrial motions shall be extended until January 10, 2020.

This is the first request for a continuance of the pretrial motion dates.

Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

1. Counsel for Mr. Wells is currently in the midst of an eight defendant murder trial before Judge Navarro (2:16-cr-00265, Defendant C. Morales) and the trial is expected to last though this year at a minimum. Given this, defense counsel requires additional time to review discovery and determine what, if any, pretrial motions would need to be filed.

2. Mr. Wells is not in custody and agrees with the continuance.

3. Denial of this request for continuance could result in a miscarriage of justice.

4. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the pretrial motions date.

/s/ Nadia Ahmed          12/05/2019
NADIA AHMED, ESQ.     DATE
Assistant United States Attorney


CHRISTOPHER R. ORAM, ESQ.
/s/ Christopher R. Oram          12/05/2019
CHRISTOPHER R. ORAM, ESQ.     DATE
Counsel for Defendant Orlandis Wells

## FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. The parties have stipulated to continue the calendar call and trial dates, and motions deadline, as presently scheduled.

2. This Court, being convinced that adequate showing has been made that were this request for continuance to be denied, the ends of justice would not be served, based on the following:

    A. Counsel for Mr. Wells is currently in the midst of an eight defendant murder trial before Judge Navarro (2:16-cr-00265, Defendant C. Morales) and the trial is expected to last though this year at a minimum. Given this, defense counsel requires additional time to review discovery and determine what, if any, pretrial motions would need to be filed.

    B. Denial of this request for continuance could result in a miscarriage of justice.

    C. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Calendar Call and Trial dates.

## ORDER

IT IS HEREBY ORDERED that the due date for pretrial motions to be filed shall be January 10, 2020.

**IT IS SO ORDERED**

**DATED:** 12/17/19

_____

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**