CHRISTOPHER R. ORAM, ESQ
Nevada Bar No. 004349
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
(702) 384-5563
contact@christopheroramlaw.com
Attorney for ORLANDIS WELLS, M.D.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

\* \* \* \* \*

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00216-JAD- NJK |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION REGARDING THE FILING OF PRETRIAL MOTIONS** |
| ORLANDIS WELLS, M.D. | **(Third Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas Trutanich, United States Attorney, by and through Peter Levitt, Assistant United States Attorney, counsel for the United States, and Defendant, Orlandis Wells, by and through his attorney, Christopher R. Oram, Esq., that the deadline for filing pretrial motions shall be extended until February 18, 2020.

This is the third request for a continuance of the pretrial motion dates.

Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

1. Counsel for Mr. Wells filed several timely pretrial motions on January 10, 2020. Since that time, counsel was provided with additional discovery. Given this, defense counsel requires additional time to file any additional pretrial motions that may become necessary.

2. Denial of this request for continuance could result in a miscarriage of justice.

1

3. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the pretrial motions date.

<u>/s/ Peter Levitt          01/17/2020</u>
PETER LEVITT, ESQ.     DATE
Assistant United States Attorney


CHRISTOPHER R. ORAM, ESQ.
<u>/s/ Christopher R. Oram              01/17/2020</u>
CHRISTOPHER R. ORAM, ESQ.     DATE
Counsel for Defendant Orlandis Wells

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. The parties have stipulated to continue the pretrial motions deadline, as presently scheduled.

2. This Court, being convinced that adequate showing has been made that were this request for continuance to be denied, the ends of justice would not be served, based on the following:

    A. Counsel for Mr. Wells filed several timely pretrial motions on January 10, 2020. Since that time, counsel was provided with additional discovery. Given this, defense counsel requires additional time to file any additional pretrial motions that may become necessary.

    B. Denial of this request for continuance could result in a miscarriage of justice.

    C. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Calendar Call and Trial dates.

**ORDER**

IT IS HEREBY ORDERED that the due date for pretrial motions to be filed shall be extended until February 18, 2020. Responses to any newly-filed pretrial motions are due no later than March 3, 2020, and any replies are due no later than March 10, 2020.

DATED this 22nd day of January, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE