NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13466
PETER S. LEVITT
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Peter.S.Levitt@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00216-JAD-NJK |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE RESPONSE DEADLINE** (First Request) |
| ORLANDIS WELLS, M.D., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, and PETER S. LEVITT, Assistant United States Attorney, counsel for the United States of America, Christopher Oram, counsel for Defendant Wells, stipulate that the government will have until February 21, 2020 to respond to the defendants pretrial motions. Defendant timely filed those motions (ECF Nos. 31, 32 and 34) on January 10, 2020. The responses are currently due January 24, 2020.

This stipulation is entered into for the following reasons:

1.    Counsel for the government will be changing after January 17, 2020, and incoming government counsel, AUSA Peter S. Levitt, needs additional time to learn the case, review the discovery, and ensure that discovery disclosures have all been made, as required.

2.    The defendant is not in custody and does not object to the continuance.

3.    Denial of this request for continuance could result in a miscarriage of justice.

4.    The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5.    This is the first stipulated request for continuance of a motion deadline in this case.

**DATED** this 17th day of January, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United State Attorney

_____
*s/ Peter S. Levitt*
PETER S. LEVITT
Assistant United States Attorney

_____
*s/ Christopher Oram*
CHRISTOPHER ORAM
Counsel for  ORLANDIS WELLS

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

ORLANDIS WELLS, M.D.,

        Defendant.

Case No.  2:19-cr-00216-JAD-NJK

**ORDER**

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1.    Counsel for the government will be changing after January 17, 2020, and incoming government counsel, AUSA Peter S. Levitt, needs additional time to learn the case, review the discovery, and ensure that the discovery disclosures have all been made, as required.

2.    Defendant filed pretrial motions (ECF 31, 32 and 34) on January 10, 2020.

3.    The government's responses are currently due on January 24, 2020.

4.    The defendant is not in custody and does not object to the continuance.

5.    Denial of this request for continuance could result in a miscarriage of justice.

6.    The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

7.    This is the first stipulated request for continuance of a motion deadline in this case.

1

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and it further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence and change in government counsel.

## **ORDER**

THEREFORE, IT IS HEREBY ORDERED that

The Government shall have until February 21, 2020 to file response to Defendant's pretrial motion at Docket No. 31.

Any reply shall be filed no later than February 28, 2020.

IT IS SO ORDERED.

DATED: January 22, 2020.


NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2