NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
PETER S. LEVITT
Assistant United States Attorney
501 Las Vegas Boulevard So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-5087
peter.levitt@usdoj.gov

*Representing the United States of America*

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>ORLANDIS WELLS,<br><br>     Defendant. | Case No. 2:19-cr-00216-JAD-NJK<br><br>**PROTECTIVE ORDER** |

   The parties, by and through the undersigned, respectfully request that the Court issue an Order protecting from disclosure to the public, or any third party not directly related to this case, any documents, recordings, or other tangible things produced by the Government during discovery, containing medical records and personal health identifying information of patients and financial records. The parties state as follows:

   1.  The indictment on this case was first issued on August 21, 2019, and unsealed August 23, 2019 (ECF No. 1).

   2.  Trial is currently set for May 19, 2020 (ECF No. 42). Designation of Retained

1

Counsel was filed by Christopher Oram, September 5, 2019 (ECF No. 11)

3. The indictment in this case arises out of Distribution of a Controlled Substance – Schedule II. As a result, there more than 60,000 pages of discovery. The discovery includes, but is not limited to, patient medical records, patient health identifying information and patient financial records ("Protected Patient Information"). The "Protected Patient Information" is subject to this protective order.

4. The Government believes this order is necessary as the dissemination of the "Protected Patient Information," could endanger patients' privacy.

5. In order to protect the privacy of the patients and witnesses, the parties intend to restrict access to the following individuals: the defendant, attorneys for all parties, and any personnel that the attorneys for all parties consider necessary to assist in performing that attorney's duties in the prosecution or defense of this case, including investigators, paralegals, retained experts, support staff, and any other individuals specifically authorized by the Court (collectively, the "Covered Individuals").

6. The Covered Individuals shall be advised of the Protective Order, and as such without leave of Court, the Covered Individuals shall not:

    a. make copies for, or allow copies of any kind to be made by any other person of the "Protected Patient Information" in this case;

    b. allow any other person to read, listen, or otherwise review the "Protected Patient Information" in this case;

    c. use the "Protected Patient Information" for any other purpose other than preparing to defend against or prosecute the charges in the Indictment or any further superseding indictment arising out of this case; or

    d. attach any "Protected Patient Information" to any of the pleadings, briefs, or other court filings except to the extent those pleadings, briefs, or filings are filed under seal or properly compliant with LR IC 6-1.

7. Nothing in this stipulation is intended to restrict the parties' use or introduction of the Protected Patient Information as evidence at trial or support in motion practice.

8. The parties shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

9. The parties reserve the right to seek to modify the terms of this protective order at a later time pursuant to Federal Rule of Criminal Procedure 16(d)(1). Should a reasonable need for this protective order cease to exist, on grounds other than a Covered Individual or some other person violating or circumventing its terms, the Government will move expeditiously for its dissolution.

10. The defense hereby stipulates to this protective order.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*s/ Peter S. Levitt*                            *s/ Christopher Oram*
PETER S. LEVITT                        CHRISTOPHER ORAM
Assistant United States Attorney     Counsel for Orlandis Wells

**IT IS SO ORDERED:**

_____       March 10, 2020
HONORABLE NANCY J. KOPPE            DATE
UNITED STATES MAGISTRATE JUDGE

3