# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00216-JAD-NJK |
| Plaintiff, | **Order** |
| v. | (Docket No. 33) |
| ORLANDIS WELLS, | |
| Defendant. | |

Pending before the Court is Defendant Orlandis Wells' motion for notice of intent to introduce evidence pursuant to Federal Rule of Evidence 404(b). Docket No. 33. Defendant asks the Court to order the United States to provide him notice of its intent to introduce evidence under Federal Rule of Evidence 404(b) at thirty days prior to his trial date. *See id*. In response, the United States agrees to Defendant's request. Docket No. 49.

Accordingly, the Court **GRANTS** Defendant's motion. Docket No. 33. The Court **ORDERS** that United States must provide Defendant notice of its intent to introduce evidence under Federal Rule of Evidence 404(b) no later than thirty days prior to trial.

IT IS SO ORDERED.

DATED: March 11, 2020.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE