CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
contact@christopheroramlaw.com
*Attorney for Orlandis Wells*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ORLANDIS WELLS, M.D.,<br><br>        Defendant. | CASE NO.: 2:19-cr-00216-ART-NJK1<br><br>**STIPULATION AND ORDER TO CONTINUE EXPERT WITNESS DISCLOSURE** |

   IT IS HEREBY STIPULATED AND AGREEED by ORLANDIS WELLS, M.D., by and through his attorney, CHRISTOPHER R. ORAM, ESQ., and the United States of America, by and through MR. PETER LEVITT, Assistant United States Attorney, that the deadline for expert witness disclosure, scheduled for December 2, 2022 for the Government, and December 23, 2022 for the Dr. Wells, be continued for a date and time convenient to this Honorable Court, after December 16, 2022 for the Government, and January 13, 2023 for Dr. Wells. Trial in this case is set to begin on February 7th, 2023.

///

///

///

///

1

The request for a continuance is based upon the following:

1. The recent amendments to Rule 16 require the parties to make more thorough, detailed disclosures, and require greater consultation with putative experts regarding their (the experts') certifications of their areas of proposed expert testimony. Because the government is currently considering adducing testimony from two separate experts under Rule 702 of the Federal Rules of Evidence, the government requires a brief extension of the current expert disclosure deadline to ensure compliance with Rule 16's enhanced requirements. Moreover, because the government's disclosures may, in turn, affect the defendant's decision regarding his own possible presentation of expert testimony under Rule 702, additional time after the government's disclosure will be necessary.

2. This stipulation does not affect the expected trial date as previously assigned to this case.

3. The Government has no objection to the continuance.

4. Dr. Wells does not object to the continuance.

5. The additional time requested herein is not sought for purposes of delay.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

IT IS SO ORDERED.
Dated: November 22, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

DATED: November 21st, 2022.

Respectfully submitted,

/s/   *Peter Levitt*            .
Peter Levitt, Esq.
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite
Las Vegas, NV 89101
*Attorney for the United States of America*

/s/ *Christopher R. Oram*
Christopher R. Oram, Esq.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, NV 89101
*Attorney for Dr. Wells*