JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
NADIA J. AHMED
Assistant United States Attorney
Nevada Bar Number 15489
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
Peter.s.levitt@usdoj.gov
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00216-ART-NJK |
| Plaintiff, | GOVERNMENT'S NOTICE OF INTENT TO CALL EXPERT WITNESS AT TRIAL |
| v. | |
| ORLANDIS WELLS, M.D., | |
| Defendants. | |

The United States of America, by and through its attorneys, JASON FRIERSON, United States Attorney for the District of Nevada, and NADIA AHMED, Assistant United States Attorney, hereby gives notice of its intent to call an expert witness to testify at the trial in this matter, currently set to begin on February 7, 2023, as set forth herein. The government reserves the right to modify or supplement this Notice, as circumstances warrant.

**SUMMARY OF EXPERT WITNESS OPINION AND QUALIFICATIONS**

Pursuant to Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, the government hereby provides notice of its intent to call at trial, Jeffrey Muir, MD, whose curriculum vitae is attached as Exhibit 1, and which sets forth the bases of his expertise.

1

Dr. Muir will testify at trial as to the opinions set forth in his two (2) written "Statement of Medical Opinion" reports for Nevada Board of Medical Examiners ("NBME") Case Nos. 16-16830 (previously produced at BATES Nos. 2144-2149) and 17-17194 (previously produced at BATES Nos. 2805-2808). These are "Reports of Examinations or Tests" within the meaning of Rule 16(a)(1)(F).

Dr. Muir signed his two reports, at BATES Nos. 2149 and 2808. These signatures on the reports setting forth his expert opinions satisfies the certification requirement set forth in the recent amendments to Rule 16(a)(1)(G). *See* Fed. R. Crim. P. 16(a)(1)(G)(v) (eff. Dec. 1, 2022) (certification signature not required where, as here, the witness "has previously provided under (F) a report, signed by all the witness, that contains all the opinions and the bases and reasons for them required by (iii)").[1]

In providing this expert testimony (and, in preparing these two NBME reports), Dr. Muir reviewed and relied upon, among other items, files of certain of the defendant's former medical patients; in the criminal indictment (ECF No. 1), these patients correspond to Patients B-H (Counts 5-18) and Patients I-O (Counts 19-32).

Dr. Muir will receive compensation for his work in this case, as set forth in the fee schedule attached as Exhibit 2.

---

[1] For purposes of Rule 16(a)(1)(F)(iii), Dr. Muir's CV (Exhibit 1) lists his relevant publications. Dr. Muir further advises 1) that he has never testified as an expert in any criminal trial; 2) that he has testified once in a civil proceeding in state court in approximately 2107 or 2018; and 3) that he has, over the years, testified at civil depositions in state court. The government reserves the right to supplement this response with a "list" of all such proceedings, should Dr. Muir be able to supply that information.

While the government is currently aware of no such material, any material listed in Dr. Muir's reports that has not previously been produced or made available for defense review will be made available for review consistent with Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rules of Evidence 702, 703, and 705.

The government reserves the right to modify or supplement the areas of Dr. Muir's testimony as circumstances warrant.

DATED this 26th day of December, 2022.

Respectfully submitted,

JASON FRIERSON
United States Attorney

 /s/ *Nadia Ahmed*
NADIA AHMED
Assistant United States Attorney

| **Exhibit** | **Description of Exhibit** |
|---|---|
| 1 | Curriculum Vitae of Jeffrey Muir, MD |

# CURRICULUM VITAE

**Jeffery J. Muir, M.D.**
**Sweetwater Pain & Spine**
**343 Elm Street, Suite 202**
**Reno, NV 89503**
**W:(775) 870-1480  C:(702) 596-9449**
**muir@sweetwaterpain.com**

## CLINICAL PRACTICE

| | |
|---|---|
| Sweetwater Pain & Spine — Reno, NV | 2015-Present |
| Spine & Sports of Summerlin — Las Vegas, NV | 2013-2015 |

## POSTGRADUATE TRAINING

| | |
|---|---|
| Pain Medicine — Dartmouth Hitchcock Medical Center — Lebanon, NH | 2012-2013 |
| Physical Medicine & Rehabilitation — Mayo Clinic — Rochester, MN | 2009-2012 |
| Preliminary Internal Medicine — Mayo Clinic — Rochester, MN | 2008-2009 |

## EDUCATION

| | |
|---|---|
| Doctor of Medicine<br>University of Utah School of Medicine—Salt Lake City, UT | 2008 |
| Bachelor of Arts<br>Brigham Young University — Provo, UT<br>Major: Latin American Studies<br>Minor: Chemistry | 1997-2003 |

## HOSPITAL/SURGICAL CENTER PRIVILEGES

| | |
|---|---|
| Northern Nevada Medical Center — Reno, NV | 2015-present |
| Renown Regional Medical Center — Reno, NV | 2015-present |
| Summerlin Hospital Medical Center — Las Vegas, NV | 2013-2015 |

**ACADEMIC HONORS/AWARDS**

G. Keith Stillwell Memorial Award for Outstanding Resident Research – Mayo Clinic Department of Physical Medicine and Rehabilitation – 2012

Ernest W. Johnson Excellence in Research Writing Honorable Mention Award – Association of Academic Physiatrists – 2011

Resident/Fellow Abstract Travel Award – American Society of Regional Anesthesia and Pain Medicine – Annual Pain Medicine Meeting – 2010

Alpha Omega Alpha – University of Utah School of Medicine

Honors Graduate — Brigham Young University

**RESEARCH**

| | |
|---|---|
| Co-investigator—Accuracy of ultrasound-guided versus palpation-guided injections/procedures<br>Primary Investigator: Jonathan T. Finnoff, D.O.<br>Mayo Clinic Department of Physical Medicine & Rehabilitation | 2009-2012 |
| Co-investigator—Ski and snowboard injury epidemiology<br>Primary Investigator: Stuart Willick, M.D.<br>University of Utah Division of Physical Medicine and Rehabilitation | 2007-2008 |
| Lab Assistant—Mesenchymal stem cell transplantation after myocardial infarction<br>Primary Investigator: George Russel Reiss, M.D.<br>University of Utah Division of Cardiothoracic Surgery | 2004-2008 |
| Co-investigator—Post-operative wound adhesion prevention using hyaluronic acid agents<br>Primary Investigator: Glenn D. Preswich, Ph.D.<br>University of Utah Department of Medicinal Chemistry | 2004-2008 |
| Co-investigator—Kyphectomy in children with myelomeningocele<br>Primary Investigator: Eduardo A. Huertas, M.D.<br>National Children's Hospital of Costa Rica | 2003 |

**PUBLICATIONS**

Qu W, **Muir JJ**, Osborne MD. Device-device interference of a bipolar spinal cord stimulator with a bipolar implantable cardioverter-defibrillator. Neuromodulation. 2014 Feb;17(2):202-4.

Xiao L, Cheng J, Zhuang Y, Qu W, **Muir J**, Liang H, Zhang D. Botulinum Toxin

2

Type A Reduces Hyperalgesia and TRPV1 Expression in Rats with Neuropathic Pain. Pain Med. 2013 Feb;14(2):276-86.

**Muir JJ**, Pingree MJ, Moeschler SM. Acute Cauda Equina Syndrome Secondary to a Lumbar Synovial Cyst. *Pain Physician*. 2012 Sep-Oct;15(5):435-40.

**Muir JJ**, Curtiss HM, Hollman J, Smith J, Finnoff JT. The Accuracy of Ultrasound-Guided and Palpation-Guided Peroneal Tendon Sheath Injections. *American Journal of Physical Medicine & Rehabilitation*. 2011 Jul;90(7):564-71.

Peck ER, **Muir JJ**, Curtiss HM, Hollman J, Smith J, Finnoff JT. Accuracy of Palpation-Guided and Ultrasound-Guided Needle Tip Placement into the Deep and Superficial Posterior Leg Compartments. *American Journal of Sports Medicine*. 2011 Sep;39(9):1968-74.

Curtiss HM, Finnoff JT, Peck E, Hollman J, **Muir J**, Smith J. Accuracy of Ultrasound-Guided and Palpation-Guided Knee Injections by an Experienced and Less Experienced Injector using a Superolateral Approach:  A Cadaveric Study. *PM R*. 2011 Jun;3(6):507-15.

Kloesel B, Czarnecki K, **Muir JJ**, Keller AS. Sequelae of a left-sided parietal stroke: posterior alien hand syndrome. *Neurocase*. 2010 Dec;16(6):488-93.

**Muir JJ**. The Color of the Human Soul. *The Legible Script*: A National Literary Journal Sponsored by the University of Southern Florida College of Medicine. 2006 April; 7, 70.

**Muir JJ**. The Harvest. *The Legible Script*: A National Literary Journal Sponsored by the University of Southern Florida College of Medicine. 2006 April; 7, 75.

Connors RC, **Muir JJ**, Liu Y, Reiss GR, Kouretas PC, Whitten MG, Sorenson TK, Prestwich GD, Bull DA. Postoperative pericardial adhesion prevention using Carbylan-SX in a rabbit model. *J Surg Res*. 2007 Jun 15;140(2):237-42.

## ABSTRACTS

**Muir JJ**, Jones LK. Polyradiculoneuropathy Secondary to Immunoglobulin Light Chain Amyloidosis. Association of Academic Physiatrists 2012 Annual Meeting. *Am J Phys Med Rehabil*. 2012. Apr;91(4):

Conley K, **Muir JJ**, Christopherson MW. Left Ventricular Assist Device Outcomes During Acute Inpatient Rehabilitation. Association of Academic Physiatrists 2012 Annual Meeting. *Am J Phys Med Rehabil*. 2012. Apr;91(4):

**Muir JJ**, Pingree MJ, Moeschler SM. Lumbar Synovial Cyst: An Unusual Cause of Acute Cauda Equina Syndrome. American Academy of Pain Medicine 2012 Annual Meeting.

**Muir JJ**, Eldrige JS.  Intercostal Nerve Radiofrequency Ablation for Refractory Chest Wall Pain. American Society of Regional Anesthesia and Pain Medicine 2011 Annual Pain Medicine Meeting.

**Muir JJ**. Hirayama Disease: A Case Report.  Association of Academic Physiatrists 2011 Annual Meeting. *Am J Phys Med Rehabil*. 2011. Apr;90(4):A36.

**Muir JJ**, Curtiss HM, Hollman J, Smith J, Finnoff JT. Accuracy of Ultrasound-Guided and Palpation-Guided Peroneal Tendon Sheath Injections.  American Society of Regional Anesthesia and Pain Medicine 2010 Annual Pain Medicine Meeting. *Reg Anesth Pain Med* 2010; 4.

Belsky M, **Muir JJ**, Tarquino M, Muir WS. Plasma Disc Decompression: A Minimally Invasive Disc Decompression Study.  International Spine Intervention Society 2010 18th Annual Scientific Meeting.

**Muir JJ**, Derr M, Schmidt KD.  Treatment of Intractable Cervical Dystonia After Traumatic Brain Injury with Selective Peripheral Denervation and Rehabilitation: A Case Report. Association of Academic Physiatrists 2010 Annual Meeting.  *Am J Phys Med Rehabil*. 2010. Apr;89(4):S54.

**NATIONAL/REGIONAL PRESENTATIONS**

| | |
|---|---|
| **Muir JJ**, Willick S. Ski and Snowboard Epidemiology: A Northern Utah Study.  24th Annual Update in Physical Medicine and Rehabilitation. University of Utah Division of Physical Medicine and Rehabilitation. Park City, UT. | February 3, 2008 |
| **Muir JJ**, Willick S. Ski and Snowboard Injury Surveillance Program. Third Annual James R. Swenson, M.D. Scientific Symposium Day. University of Utah Division of Physical Medicine and Rehabilitation. Salt Lake City, UT. | May 22, 2008 |

**INTRAMURAL LECTURES**

| | |
|---|---|
| **Muir JJ**. NSAIDs for Pain Management. Grand Rounds. Dartmouth-Hitchcock Medical Center - Department of Anesthesiology. Lebanon, NH. | May 24, 2013 |
| **Muir JJ**. Lumbar Synovial Cysts. Grand Rounds. Dartmouth-Hitchcock Medical Center - Spine Center. Lebanon, NH. | January 24, 2013 |
| **Muir JJ**, Wheeler MJ.  Complex Regional Pain Syndrome: Biofeedback and Mirror Therapy. Grand Rounds. Mayo Clinic Department of Physical Medicine and Rehabilitation. Rochester, MN. | February 18, 2011 |
| **Muir JJ**, Smith J. Foot Pain Secondary to Calcaneonavicular Coalition. | September 3, 2010 |

Sports Medicine Conference. Mayo Clinic Sports Medicine Center. Rochester, MN.

**Muir JJ**. Exertional Leg Pain. Sports Medicine Conference. Mayo Clinic     August 20, 2010
Sports Medicine Center. Rochester, MN.

**Muir JJ**, Jurisson ML. Swollen Arm and Diagnostic Musculoskeletal     January 8, 2010
Ultrasound. Grand Rounds. Mayo Clinic Department of Physical Medicine
and Rehabilitation. Rochester, MN.

**Muir JJ**, Adams J, Bachuwar A.  Interstitial Lung Disease Secondary to     December 19, 2008
Jo-1 Positive Inflammatory Myositis.  Rheumatology Hospital Conference.
Mayo Clinic Division of Rheumatology.  Rochester, MN.

## WORKSHOP/COURSE FACULTY APPOINTMENTS

**High Yield Musculoskeletal & Spine Ultrasound Applications**     August 24-25, 2013
Instructor for intense two day hands-on ultrasound course sponsored
by the AAPM&R

## TRAINING COURSES

**Musculoskeletal Ultrasound Course**     Annually from 2009-2011
Six months of comprehensive anatomy, physical examination, and hands-on
training in diagnostic MSK ultrasound imaging and interventional
ultrasound-guided injection techniques (course master, Jay Smith MD)

**Axial Injection Course**     2011
Hands-on instruction by Mayo Clinic interventional physiatrists and radiologists
of axial fluoroscopic guided procedures on fresh-frozen cadavers

**Clinical Neurophysiology Course**     2011
Two months of didactics covering techniques and applications of NCS, needle EMG,
evoked potentials and autonomic testing
Four months performing NCS and needle EMG independently in collaboration with
Mayo Clinic Neurologists and Physiatrists

**Diagnostic and Interventional Musculoskeletal Ultrasound Course**     2011
5th annual course held in collaboration by the Mayo Clinic and the American Institute
for Ultrasound in Medicine consisting of three days of lecture and hands-on teaching.

**Multidisciplinary Approach to Chronic Pain Rehabilitation**     2012
One day course sponsored by the Mayo Clinic Physical Medicine & Rehabilitation
Department.

| | |
|---|---:|
| **Boston Scientific Neuromodulation -Spinal Cord Stimulator Workshop** | 2012 |

One day course held at Dartmouth-Hitchcock Medical Center, consisting of didactics and a simulation training lab.

| | |
|---|---:|
| **Boston Scientific Neuromodulation -Spinal Cord Stimulator Workshop** | 2012 |

One day course held at the Medical Innovations Training Institute in Henderson, NV, including didactics and hands-on cadaver lab implantation skills.

| | |
|---|---:|
| **Discography Bio-Skills Lab - International Spine Intervention Society** | 2014 |

Two day hands-on course/cadaver lab teaching cervical, thoracic, & lumbar discography

## PROFESSIONAL MEMBERSHIPS

Alpha Omega Alpha Honor Medical Society
American Academy of Pain Medicine
American Academy of Physical Medicine & Rehabilitation
American Society of Interventional Pain Physicians
American Society of Regional Anesthesia and Pain Medicine
Association of Academic Physiatrists

## BOARD CERTIFICATION/LICENSURE

| | |
|---|---:|
| United States Medical Licensing Exam – Step 1 | 2006 |
| United States Medical Licensing Exam – Step 2 – Clinical Skills | 2007 |
| United States Medical Licensing Exam – Step 2 – Clinical Knowledge | 2007 |
| United States Medical Licensing Exam – Step 3 | 2009 |
| American Board of Physical Medicine & Rehabilitation - Part I Examination | 2012 |
| American Board of Physical Medicine & Rehabilitation - Part II Examination | 2013 |
| ABA/ABPMR/ABPN Pain Medicine Subspecialty Examination | 2013 |
| | |
| State of Nevada Medical License, #14611 | 2012-Present |

## MEDICAL BOARD APPOINTMENTS

| | |
|---|---:|
| **Investigative Committee Medical Peer Reviewer** | |
| Nevada State Board of Medical Examiners | 2017-Present |

## ACADEMIC APPOINTMENTS

| | |
|---|---:|
| UNLV School of Nursing - Preceptor | 1/14-1/18 |

## VOLUNTEER EXPERIENCE

| | |
|---|---:|
| **Mayo Clinic Medical School Education, Course Instructor** | 2010-2011 |

Musculoskeletal Physical Examination Course

| | |
|---|---:|
| **Team Physician** | 2010-2011 |
| Stewartville High School Football Team | |

**Marathon Medical Staff**

| | |
|---|---:|
| Rochester Half Marathon | August 28, 2010 |
| Salt Lake City Marthon | April 19, 2008 |

**International Medical Service**

| | |
|---|---:|
| Kansas City University. Attending Physician. Guatemala. | 2018-Present |
| Hope Alliance Medical Mission. Medical staff/Translator. Iquitos, Peru. | March 2005 |
| WHO/BYU Public Health Internship. Dominican Republic. | May-June 2002 |

## LANGUAGE SKILLS

Fluent in Spanish

## REFERENCES

| **Wenchun Qu, MD,PhD** | **Gilbert Fanciullo, MD** | **Michael Derr, DO** |
|:---:|:---:|:---:|
| Mayo Clinic | Dartmouth Medical Center | Tanner Clinic |
| 200 First St SW | 1 Medical Center Dr | 2121 North 1700 West |
| Rochester , MN 55905 | Lebanon, NH, 03755 | Layton, UT 84041 |
| Tel. 507-284-2511 | Tel. 603-650-5000 | Tel. 801-773-4840 |

# Jeffery Muir, MD

**343 Elm St, Ste 202**
**Reno, NV 89503**

**T: 702.595.5119   F: 877.764.6351**

## EXPERT RETAINER FEES ARE AS FOLLOWS:

### Trial

**Trial fees:**
**Half day Trial fee (max 4 hours, travel time included) $6,000.00**
**All day Trial fee (8 hours, travel time included) $12,000.00**

**(If the trial exceeds the time paid in advance, you will receive an invoice for the additional time)**

**Trial fees are required two weeks in advance**

**Cancellation notice is a minimum of 10 business days prior to set trial date in order to receive a refund.**
**(If trial is canceled you will still be billed for any preparation time)**

**Preparation for Trial $850.00 per hour (no charge for local travel time)**

**Out of state/region Trials will vary on complexity and travel expenses**

**Out of state/region Trial cancellations must be 10 working days prior to trial for refund (Less any fees incurred for travel cancellation)**
**Travel expenses for out of state/region Trials require reimbursement.**

### Deposition

**Hourly rate for Depositions (including Video) $1,500.00**

**(Length of time is required at the time of scheduling)**

**If the deposition needs to go beyond the scheduled time, you may be asked to schedule a seconded deposition depending on the doctor's schedule.**

**If the deposition exceeds the scheduled time you will receive an invoice for any time over what was scheduled.**

**(It's at the doctor's discretion to allow the deposition to continue past the scheduled time.)**

**Deposition fees are required two weeks in advance;**
**Otherwise the deposition will be canceled**

**Reschedule policy: You need to contact us at least 3 business days before the scheduled deposition date. Or you will have to pay additional deposition fees.**

**Cancellation policy: NO REFUNDS on Depositions**

**Preparation for Deposition $850.00 per hour**

## Arbitration over the phone

$2,000.00 for 1st hour, $1,500.00 for each additional hour
(Any preparation time for the Arbitration will be billed separately at $850.00 per hour)

## IME

Independent medical examinations are $1,500.00 not including
X-rays or record review;
(Medical record review will be billed as a separate charge)

Cancellations must be 3 business days prior to exam
"No Shows" will be charged a fee of $300.00

## Life Care Plan

This is charged on an individual case basis
Minimum fee $3800.00 (amount depends on the medical records and research involved)

## Surgical Cost Letters $500.00

## Medical Record Review

Record review charges with written report are $850.00 per hour

Record review charges without written report $850.00 per hour

Telephone conferences and meetings are $250.00 per 15 minute intervals

## Cancellation policy: NO REFUNDS on depositions

Please note: prices are subject to change at any time.
Tax ID 46-2430010

If you have any additional questions or concerns, then please contact
our office at between 8:00 am - 5:00 pm (Monday-Friday)