# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ORLANDIS WELLS, M.D.,<br><br>　　　　　Defendant. | CASE NO.: 2:19-cr-00216-ART-NJK1<br><br><u>ORDER</u> |

This matter coming on the parties' Stipulation to Continue the Defense Expert Witness Disclosure, Defense Reply, and Defense FRE 702 *Daubert* Motion, the premises therein having been considered by the Court, and good cause showing, the Court accepts the Stipulation of the parties and Orders as follows:

Any Defense Reply In Support of Motion to Dismiss shall be filed on or before January 12, 2023;

Any Defense Rule 16 Expert Witness Disclosure shall be filed on or before January 13, 2023; and

Any Defense Rule 702 *Daubert* Motion shall be filed on or before January 20, 2023.

IT IS ORDERED.

Entered this <u>9th day of January 2023</u>.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

4