CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
contact@christopheroramlaw.com
*Attorney for Orlandis Wells, M.D.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ORLANDIS WELLS, M.D.,<br><br>    Defendant. | CASE NO.: 2:19-cr-00216-ART-NJK1<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENSE NOTICE OF INTENT TO CALL EXPERT WITNESS AT TRIAL** |

IT IS HEREBY STIPULATED AND AGREEED by ORLANDIS WELLS, M.D., by and through his attorney, CHRISTOPHER R. ORAM, ESQ., and the United States of America, by and through MS. NADIA AHMED, Assistant United States Attorney, that the Defense's Notice of Intent to Call Expert Witness be vacated and continued to a date and time convenient to the Court but not earlier than February 6, 2023.

///

///

///

///

The request for a continuance is based upon the following:

1. The Defense's proposed expert witness requires more time to review Dr. Wells' case, and finalize his report.
2. This stipulation does not affect the expected trial date as previously assigned to this case.
3. The Government has no objection to the continuance.
4. Dr. Wells does not object to the continuance.
5. The additional time requested herein is not sought for purposes of delay.
6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

WHEREFORE, for all the foregoing reasons, the parties request that the Court enter their Stipulation as an Order of the Court.

DATED: January 13th, 2022.

Respectfully submitted,

/s/ *Nadia Ahmed*            .
Nadia Ahmed, Esq.
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite
Las Vegas, NV 89101
*Attorney for the United States of America*

/s/ *Christopher R. Oram*
Christopher R. Oram, Esq.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, NV 89101
*Attorney for Dr. Wells*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>ORLANDIS WELLS, M.D.,<br><br>       Defendant. | CASE NO.: 2:19-cr-00216-ART-NJK1<br><br>ORDER |

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. The parties have stipulated to continue the Defense's Notice of Intent to Call Expert Witness.

2. This Court, being convinced that adequate showing has been made that were this request for continuance to be denied, the ends of justice would not be served, based on the following:

A. Currently, this matter is set for Calendar Call and Trial before this Court on March 21, 2023, and March 28, 2023, respectively.

B. The Defense's Expert Witnesses require more time to finalize his report.

C. Both parties agree to this continuance

D. Dr. Wells is not in custody and agrees with the continuance.

E. Denial of this request for continuance could result in a miscarriage of justice.

F. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Defense's Notice of Intent to Call Expert Witness.

G. The additional time requested by this Stipulation is excludable in computing the time for which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161(h)(7)(A), considering the factors under 18 U.S.C. Sections 3161(h)(7)(B)(i) and (iv).

IT IS ORDERED.

Entered this _____ day of January 2023

                                                                _____
                                                                ANNE R. TRAUM
                                                                UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, 2023, I served a true and correct copy of the foregoing document entitled **STIPULATION AND ORDER TO CONTINUE NOTICE OF INTENT TO CALL EXPERT WITNESS** to the United States Attorney's Office and all other parties associated with this case by electronic mail as follows:

NADIA AHMED, ASSISTANT UNITED STATES ATTORNEY
Nadia.Ahmed2@usdoj.gov

STEVEN MYHRE, ASSISTANT UNITED STATES ATTORNEY
Steven.Myhre@usdoj.gov

By:    /s/ Scott Reynolds Egnor
        An employee of Christopher R. Oram, Esq.