# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>ORLANDIS WELLS, M.D.,<br>　　　　Defendant. | CASE NO.: 2:19-cr-00216-ART-NJK1<br><br>ORDER |

Based upon the Stipulation of the parties (ECF No. 97), and good cause appearing therefore, the Court finds that:

　　1. The parties have stipulated to continue the Defense's Notice of Intent to Call Expert Witness.

　　2. This Court, being convinced that adequate showing has been made that were this request for continuance to be denied, the ends of justice would not be served, based on the following:

　　A. Currently, this matter is set for Calendar Call and Trial before this Court on March 21, 2023, and March 28, 2023, respectively.

　　B. The Defense's Expert Witnesses require more time to finalize his report.

　　C. Both parties agree to this continuance

　　D. Dr. Wells is not in custody and agrees with the continuance.

　　E. Denial of this request for continuance could result in a miscarriage of justice.

　　F. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Defense's Notice of Intent to Call Expert Witness to **February 6, 2023**.

　　G. The additional time requested by this Stipulation is excludable in computing the time for which the trial herein must commence pursuant to the Speedy Trial Act,18 U.S.C. Section 3161(h)(7)(A), considering the factors under 18 U.S.C. Sections 3161(h)(7)(B)(i) and (iv).

IT IS ORDERED.

Entered this <u>17th day of January 2023</u>.



ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE