CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
contact@christopheroramlaw.com
*Attorney for Orlandis Wells, M.D.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                         )<br>        Plaintiff,      )<br>                         )<br>    vs.                  )<br>                         )<br>ORLANDIS WELLS, M.D.,    )<br>                         )<br>        Defendant.       )<br>_____) | CASE NO.: 2:19-cr-00216-ART-NJK1<br><br>**NOTICE OF INTENT TO CALL<br>EXPERT WITNESS AT TRIAL** |

DR. ORLANDIS WELLS, by and through his Attorney, CHRISTOPHER R. ORAM, hereby gives notice of its intent to call an expert witness to testify at the trial in this matter, currently set to begin at a time no sooner than March 7, 2023, as set forth herein. The Defense reserves the right to modify or supplement this Notice, as circumstances warrant.

**SUMMARY OF EXPERT WITNESS OPINION AND QUALIFICATIONS**

Pursuant to Fed. R. Crim. P. 16(b)(1) and Fed. R. Evid. 702, Dr. Wells hereby provides notice of its intent to call at trial, Dr. Danial Laird, M.D., Esq., whose curriculum vitae is attached as Exhibit B, and which sets forth the basis of his expertise.

Dr. Laird will testify at trial as to the opinion set forth in his written report, attached as Exhibit A. These are "reports of examinations or tests" within the meaning of Rule 16 (b)(1)(B).

In providing this expert testimony, Dr. Laird reviewed and relied upon, among other items, certain files of Dr. Wells' former medical patients included in discovery; in the criminal indictment (ECF No. 1), these patients correspond to Patients A-O (Counts 1-32).

Dr. Laird is the medical director of Flamingo Medical Clinic, a primary care, addiction, and pain management clinic. Dr. Laird is a licensed physician, and has practiced pain management nearly continuously since 1996. Dr. Laird holds a Doctor of Medicine Degree from the University of Washington, completed his residency at the University of Washington School of Medicine – Seattle, and completed a one-year fellowship in pain management at the same institution. Dr. Laird's full CV is attached as Exhibit B.

In his report, Dr. Laird strongly contests the assertions made in the report authored by Dr. Jeffery Muir, the Government's expert witness, and the report authored by Dr. Timothy Munzing, which is included in discovery. Dr. Laird's report reviews the information that would have been available to Dr. Wells, and states that based on this information, Dr. Wells made reasonable and legitimate efforts to treat the patients listed in the indictment. Additionally, Dr. Laird finds that nothing in information available to him would suggest that Dr. Wells had anything other than a desire to aide the patient. Dr. Laird's full report is attached as Exhibit A.

Dr. Laird will receive compensation for his work in this case, as set forth in the fee schedule attached to his report, and separately attached as Exhibit C.

///

///

///

///

///

///

Dr. Laird, as indicated in his fee schedule, has previously testified in the following cases:

Dillard v. Harko, LLC d/b/a Harbor Island Aparments, et al.
Romans v. Prebyterian Healthcare Services, Deposition
Marty v. Malin Deposition, Trial
Regidor v. Pacificare, Deposition
Roth v. Talik, Deposition
Jones v. Southern Hills Hospital, Deposition
Hernandez Mendez v. Loper Enterprises, Deposition
Martinez v. Silver et al. Deposition
Mesa v. Schindler Elevator, Inc., et al.
Murdock v. Duncan Attwood, et al.
Johnson v. Villagran
Goldklang v. Toia
Sinohui v. ATS Specialized

Dr. Wells reserve the right to modify or supplement the areas of Dr. Laird's testimony as circumstances warrant.

DATED: February 6th, 2023.

/s/ *Christopher R. Oram*
Christopher R. Oram, Esq.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, NV 89101
*Attorney for Dr. Wells*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February, 2023, I served a true and correct copy of the foregoing document entitled **NOTICE OF EXPERT WITNESS** to the United States Attorney's Office and all other parties associated with this case by electronic mail as follows:

NADIA AHMED, ASSISTANT UNITED STATES ATTORNEY
Nadia.Ahmed2@usdoj.gov

STEVEN MYHRE, ASSISTANT UNITED STATES ATTORNEY
Steven.Myhre@usdoj.gov

By: /s/ Scott Reynolds Egnor
An employee of Christopher R. Oram, Esq.