# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>ORLANDIS WELLS, M.D.,<br>　　　　Defendant. | CASE NO.: 2:19-cr-00216-ART-NJK<br><br>ORDER |

Based upon the pending Stipulation of the parties (ECF No. 120), and good cause appearing therefore, the Court finds that:

1. The parties have stipulated to continue the Reply to Motion to Exclude Medical Expert Witness date.

2. This Court, being convinced that adequate showing has been made that were this request for continuance to be denied, the ends of justice would not be served, based on the following:

　　A. Currently, this matter is set for Calendar Call and Trial before this Court on August 15, 2023, and August 22, 2023, respectively.

　　B. Both parties require more time to brief pretrial motions.

　　C. Both parties agree to this continuance

　　D. Dr. Wells is not in custody and agrees with the continuance.

　　E. Denial of this request for continuance could result in a miscarriage of justice.

　　F. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Reply date.

3. The Reply deadline to Defendant's Motion to Exclude Testimony of Government Expert Witness Dr. Jeffery Muir is continued to April 14, 2023.

IT IS ORDERED.

Entered this 15th day of March 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2