JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
STEVEN MYHRE
Nevada Bar Number 9635
NADIA AHMED
Nevada Bar Number 15489
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Steven.Myhre@usdoj.gov
Nadia.Ahmed2@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ORLANDIS WELLS, M.D.,<br><br>Defendant. | Case No.: 2:19-cr-00216-ART-NJK<br><br>**ORDER APPROVING STIPULATION TO CONTINUE FILING DEADLINE FOR GOVERNMENT'S REPLY IN SUPPORT OF ITS MOTION IN LIMINE (ECF No. 112)**<br><br>**(First Request)** |

The UNITES STATES, by and through JASON FRIERSON, United States Attorney for the District of Nevada, and STEVEN MYHRE and NADIA AHMED, Assistant United States Attorneys, and Defendant, ORLANDIS WELLS, M.D., by and through his attorney, CHRISTOPHER R. ORAM, ESQ., hereby submit the following Stipulation to Continue the Government's Reply in Support of its Motion in Limine (ECF No. 112) deadline in this case. The parties respectfully request that the Court grant the stipulation and extend the government's reply deadline for a period of seven days.

This Stipulation is entered into for the following reasons:

1. The trial in this matter has been reset to August 22, 2023.

1

2. The Government requires additional time to complete the reply briefing.

3. The Defendant, who is out of custody, has no objection to the continuance.

4. Counsel for the Defendant is agreeable to the continuance.

5. The additional time requested herein is not sought for purposes of delay.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. This is the first request to continue the reply deadline in relation to this motion.

**WHEREFORE**, the parties respectfully request that the Court grant the parties' Stipulation and enter an Order extending the time for the filing of the Government's Reply to **March 27, 2023.**

DATED this 20th day of March, 2023.

Respectfully submitted,

JASON FRIERSON
United States Attorney

/s/ Nadia Ahmed                                          /s/ Christopher Oram
_____                    _____
STEVEN MYHRE
NADIA AHMED                                            CHRISTOPHER ORAM, ESQ.
Assistant United States Attorneys              *Counsel for Defendant HATCHER*
*Attorneys for the United States*

**IT IS SO ORDERED** this __21st__ day of March, 2023.

_____
HONORABLE ANNE N. TRAUM
UNITED STATES DISTRICT JUDGE